# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Alfred James Fabbri Jr.<br>　　aka Alfred Fabbri<br>　　aka Alfred Fabbri, Jr.<br>　　aka Alfred James Fabbri<br>　　aka Alfred J. Fabbri, Jr.<br>　　aka Alfred J. Fabrri<br><br>　　　　　　**Debtor** | **BK NO. 19-02282 RNO**<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ James C. Warmbrodt, Esquire**
                            James C. Warmbrodt, Esquire
                            KML Law Group, P.C.
                            BNY Mellon Independence Center
                            701 Market Street, Suite 5000
                            Philadelphia, PA  19106
                            215-627-1322