```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02282-RNO
Alfred James Fabbri, Jr.                                        Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini              Page 1 of 1           Date Rcvd: Aug 07, 2019
                              Form ID: ntcnfhrg           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
```
db              Alfred James Fabbri, Jr.,    117 S Pioneer Ave,    Shavertown, PA  18708-1329
5231069        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5203629         Community Bank NA,    45-49 Court St,    Canton, NY 13617-1179
5208153        +Community Bank, N.A.,    P.O. Box 509,    Canton, NY 13617-0509
5203627         Fabbri Alfred James Jr,    117 S Pioneer Ave,    Shavertown, PA  18708-1329
5203631         Goodyear Tire/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
5203632         KML Law Group LLC,    701 Market St Ste 5000,    Philadelphia, PA  19106-1541
5227912        +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
5203628         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5203633         M & T Bank Mortgage,    PO Box 900,    Millsboro, DE  19966-0900
5203634         Thd/Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5203630         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Aug 07 2019 19:41:29
                 Gateway One Lending &,   3818 E Coronado St,    Anaheim, CA  92807-1620
5224419         E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Aug 07 2019 19:41:29
                 Gateway One Lending & Finance, LLC,   175 N Riverview Drive,    Anaheim, CA 92808
                                                                                             TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Alfred James Fabbri, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re:<br><br>Alfred James Fabbri Jr.,<br>aka Alfred Fabbri Jr., aka Alfred Fabbri, aka Alfred James Fabbri, aka Alfred J. Fabrri, aka Alfred J. Fabbri Jr.,<br><br>**Debtor 1** | Chapter 13<br><br>Case No. 5:19–bk–02282–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **September 3, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: September 10, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CGambini, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 7, 2019 |

ntcnfhrg (03/18)