```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02282-RNO
Alfred James Fabbri, Jr.                                        Chapter 13
       Debtor
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke         Page 1 of 1              Date Rcvd: Aug 27, 2020
                             Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2020.
               Mary Ellen Fabbri,    117 South Pioneer Avenue,    Shavertown, PA 18708-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor    Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Alfred James Fabbri, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Keri P Ebeck    on behalf of Creditor    Gateway One Lending & Finance kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **ALFRED JAMES FABBRI, JR.**<br>Aka ALFRED FABBRI<br>Aka ALFRED FABBRI, JR.<br>Aka ALFRED JAMES FABBRI<br>Aka ALFRED J. FABBRI, JR.<br>Aka ALFRED J. FABRRI<br>　　　　　　　　　　**Debtor 1** | **Chapter:** 13<br><br>**Case No:** 5-19-bk-02282 RNO |
| **LAKEVIEW LOAN SERVICING, LLC**<br>　　　　　　　　　　**Movant(s)**<br><br>vs.<br><br>**ALFRED JAMES FABBRI, JR.**<br>Aka ALFRED FABBRI<br>Aka ALFRED FABBRI, JR.<br>Aka ALFRED JAMES FABBRI<br>Aka ALFRED J. FABBRI, JR.<br>Aka ALFRED J. FABRRI<br>**MARY ELLEN FABBRI**<br>**CHARLES J. DEHART, III, ESQUIRE**<br>　　　　　　　　　　**Respondent(s)** | **Document No.:** 42<br><br>**Nature of Proceeding:** Motion for Relief from Automatic Stay |

## ORDER STIPULATION DUE

Upon consideration of the statement made in open court at a hearing held on August 27, 2020, that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by September 26, 2020, the Court may deny this Motion without further notice.

Dated: August 27, 2020

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge (BI)

Order Stip Due or Relist – Hrg Called - Revised 04/18