```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                         Case No. 19-02282-RNO
Alfred James Fabbri, Jr.                                       Chapter 13
         Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1           Date Rcvd: Aug 28, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2020.
              Mary Ellen Fabbri,   117 South Pioneer Avenue,   Shavertown, PA 18708-1329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                              Signature:  /s/Joseph Speetjens

_____

                       **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2020 at the address(es) listed below:
              Brian Nicholas    on behalf of Creditor   Lakeview Loan Servicing, LLC bnicholas@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Alfred James Fabbri, Jr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Keri P Ebeck    on behalf of Creditor    Gateway One Lending & Finance kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Alfred James Fabbri Jr. aka Alfred Fabbri aka Alfred Fabbri, Jr. aka Alfred James Fabbri aka Alfred J. Fabbri, Jr. aka Alfred J. Fabrri <br> **Debtor** | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> **Movant** <br> vs. | NO. 19-02282 RNO |
| Alfred James Fabbri Jr. aka Alfred Fabbri aka Alfred Fabbri, Jr. aka Alfred James Fabbri aka Alfred J. Fabbri, Jr. aka Alfred J. Fabrri <br> **Debtor** | 11 U.S.C. Sections 362 and 1301 |
| Mary Ellen Fabbri <br> Charles J. DeHart, III, Esquire (Trustee) <br> **Additional Respondents** | |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: August 28, 2020

By the Court,

_Robert N. Opel, II_ (DG)

Robert N. Opel, II, Bankruptcy Judge