**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ALFRED JAMES FABBRI, JR.
           AKA: ALFRED J. FABRRI, ALFRED J.
           FABBRI, JR., ALFRED FABBRI, ALFRED
           FABBRI, JR., ALFRED JAMES FABBRI

           Debtor(s)

                                         CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
                Movant                     CASE NO: 5-19-02282-RNO

           vs.

           ALFRED JAMES FABBRI, JR.
           AKA: ALFRED J. FABRRI, ALFRED J.
           FABBRI, JR., ALFRED FABBRI, ALFRED
           FABBRI, JR., ALFRED JAMES FABBRI

           Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 3, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   <u>December 3, 2020</u>           Respectfully submitted,

                                      <u>/s/   Agatha R. McHale, Esquire</u>
                                      <u>ID:  47613</u>
                                      Attorney for Movant
                                      Charles J. DeHart, III
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      Fax:  (717) 566-8313
                                      eMail:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ALFRED JAMES FABBRI, JR.
          AKA: ALFRED J. FABRRI, ALFRED J.
          FABBRI, JR., ALFRED FABBRI, ALFRED      CHAPTER 13
          FABBRI, JR., ALFRED JAMES FABBRI

                Debtor(s)

          CHARLES J. DEHART, III         CASE NO: 5-19-02282-RNO
          CHAPTER 13 TRUSTEE
                Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

        January 6, 2021 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 830.00**
**AMOUNT DUE FOR THIS MONTH: $415.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1245.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

       If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 3, 2020

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   ALFRED JAMES FABBRI, JR.
         AKA: ALFRED J. FABRRI, ALFRED
         J. FABBRI, JR., ALFRED FABBRI,
         ALFRED FABBRI, JR., ALFRED        CHAPTER 13
         JAMES FABBRI


            Debtor(s)           CASE NO: 5-19-02282-RNO

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
            Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

JASON P PROVINZANO, ESQUIRE         UNITED STATES TRUSTEE
LAW OFFICES OF JASON P PROVINZANO LLC    SUITE 1190
16 W NORTHAMPTON STREET          228 WALNUT STREET
WILKES-BARRE, PA  18701-1708        HARRISBURG, PA  17101

Served by First Class Mail

ALFRED JAMES FABBRI, JR.
117 S PIONEER AVE
SHAVERTOWN, PA  18708-1329


I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 3, 2020         Liz Joyce
                          for Charles J. DeHart, III, Trustee
                          Suite A, 8125 Adams Dr.
                          Hummelstown, PA  17036
                          Phone:  (717) 566-6097
                          eMail: dehartstaff@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ALFRED JAMES FABBRI, JR.
AKA: ALFRED J. FABRRI, ALFRED J.
FABBRI, JR., ALFRED FABBRI,
ALFRED FABBRI, JR., ALFRED
JAMES FABBRI

                                    CHAPTER 13

        Debtor(s)

    CHARLES J. DEHART, III
    CHAPTER 13 TRUSTEE
                Movant                    CASE NO: 5-19-02282-RNO

    vs.

    ALFRED JAMES FABBRI, JR.         MOTION TO DISMISS
    AKA: ALFRED J. FABRRI, ALFRED J.
    FABBRI, JR., ALFRED FABBRI,
    ALFRED FABBRI, JR., ALFRED
    JAMES FABBRI

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.