United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Alfred James Fabbri, Jr.  
    Debtor(s)

Case No. 19-02282-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Jan 07, 2021      Form ID: ordsmiss      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Alfred James Fabbri, Jr., 117 S Pioneer Ave, Shavertown, PA 18708-1329 |
| 5203629 | | Community Bank NA, 45-49 Court St, Canton, NY 13617-1179 |
| 5208153 | + | Community Bank, N.A., P.O. Box 509, Canton, NY 13617-0509 |
| 5203627 | | Fabbri Alfred James Jr, 117 S Pioneer Ave, Shavertown, PA 18708-1329 |
| 5203631 | | Goodyear Tire/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5203632 | | KML Law Group LLC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5227912 | + | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5203628 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5203633 | | M & T Bank Mortgage, PO Box 900, Millsboro, DE 19966-0900 |
| 5310584 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 |
| 5310585 | | SantanderConsumerUSA Inc as, servicing agent forGateway,, OneLending&Finance,, LLC(Gateway), P.O. Box 560284 Dallas, TX 75356 SantanderConsumerUSA Inc as |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 08 2021 00:03:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5231069 | + | EDI: CITICORP.COM | Jan 08 2021 00:03:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5203630 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 07 2021 19:12:00 | Gateway One Lending &, 3818 E Coronado St, Anaheim, CA 92807-1620 |
| 5224419 | | Email/Text: GOLF_STBankruptcy@gatewayonelending.com | Jan 07 2021 19:12:00 | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808 |
| 5293220 | | EDI: PRA.COM | Jan 08 2021 00:03:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293221 | | EDI: PRA.COM | Jan 08 2021 00:03:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5203634 | | EDI: CITICORP.COM | Jan 08 2021 00:03:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | SantanderConsumerUSA Inc as servicing agent forGat |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing  LLC bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Alfred James Fabbri  Jr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com |
| Keri P Ebeck | on behalf of Creditor Gateway One Lending & Finance kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Alfred James Fabbri Jr., aka Alfred Fabbri Jr., aka Alfred Fabbri, aka Alfred James Fabbri, aka Alfred J. Fabrri, aka Alfred J. Fabbri Jr., | Chapter 13 |
| | Case No. 5:19−bk−02282−RNO |
| **Debtor 1** | |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: January 7, 2021

By the Court,

*[Signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

ordsmiss (05/18)